NUMBER 13-03-766-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________ ____

DAVID EDWIN HALL AND CARL ROBERTS,                        Appellants,

v.

JUANITA TREVINO, INDIVIDUALLY AND 
AS NEXT FRIEND OF LEONARD TORRES, A
 MINOR AND SILVERIO CORRALES,                                    Appellees.
_________________________________________________________ 

On appeal from the 130th District Court 
of Matagorda County, Texas.
_________________________________________________________ 

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellants, DAVID EDWIN HALL AND CARL ROBERTS, perfected an appeal
from a judgment entered by the 130th District Court of Matagorda County, Texas, in
cause number 03-E-0344-C. After the notice of appeal was filed, the parties filed a
joint motion to reverse and remand. In the motion, the parties state that they have
reached a settlement of all matters involved in this appeal and in the underlying cause. 
The parties request that this Court reverse the October 2, 2003, judgment of the trial
court without regard to the merits and to immediately issue a mandate remanding this
cause to the trial court for rendition of judgment consistent with the parties’
settlement.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                                                 PER CURIAM

Opinion delivered and filed this
the 22nd day of January, 2004.